**STIP**
**BRIAN J. SMITH, ESQ.**
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for HERNANDEZ

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   2:16-cr-00122-APG-VCF |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| AARON HERNANDEZ, | ) | HEARING REGARDING REVOCATION |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | (THIRD REQUEST) |
| _____ | ) | |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant AARON HERNANDEZ through his attorney BRIAN J. SMITH, ESQ., and the United States of America, through BRANDON JAROCH, Assistant United States Attorney, that the hearing regarding revocation of supervised release currently scheduled for December 29, 2016, at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this court, but no event earlier than ninety (90) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. There have been two previous continuances granted to the defense in this case.
2. Defense counsel was appointed on April 21, 2016.
3. The defense will require more time to complete said discovery review.
4. The parties agree to the continuance.

5. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

6. Also, denial of this request or continuance would result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the calendar call and trial date would best serve the ends of justice in this case.

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

9. This is the third request for a continuance on the hearing regarding revocation of supervised release in this case.

DATED this 20th day of December, 2016.

RESPECTFULLY SUBMITTED BY:

 /s/ Brandon Jaroch  
BRANDON JAROCH  
Assistant United States Attorney

 /s/ Brian J. Smith  
BRIAN J. SMITH  
Attorney for HERNANDEZ

STIP
**BRIAN J. SMITH, ESQ.**
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for HERNANDEZ

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON HERNANDEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No.:   2:16-cr-00122-APG-VCF<br><br>STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE<br><br>(THIRD REQUEST) |

### FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The defense will require additional time to review the submitted discovery in this case.

2. This stipulation complies with General Order 2007-04.

### CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny the defense herein sufficient time and the opportunity within which to be able to effectively and thoroughly research and prepare this case, taking into account the exercise of due diligence.

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

3

3.  For all of the above stated reasons, the ends of justice would best be served by a continuance of the trial date, and such continuance outweighs the best interest of the public and the defendant to a speedy trial.

4.  The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

5.  This is the third request for a continuance.

## ORDER

**IT IS ORDERED** that the revocation of supervised release currently scheduled for December 29, 2016, at the hour of 9:00 a.m., be vacated and continued to  April 18, 2017  at the hour of  1:30  p.m. Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 22, 2016

4